**Date:** April 15, 2026

**To Whom It May Concern:**

I am writing this letter in support of Bing Shen, whom I have known and worked with at Bloomingdale's 59th Street Flagship since 2018.

I previously worked at Louis Vuitton, and during that time I came to know Bing as someone who is reliable, hardworking, disciplined, and extremely kind. He consistently puts in great effort and strives to make the best of every interaction with his clients. He maintains a positive attitude toward everyone he encounters. Whenever he visited the Louis Vuitton boutique, he was always professional and conducted himself as an exemplary employee.

Bing has always been kind-hearted and friendly to everyone he engages with. He regularly looks for ways to make others' jobs easier and more enjoyable, all while staying true to his values. He is highly dependable—whenever you ask him for help, he responds with a smile. Over the many years I have stayed in touch with Bing, he has remained one of my favorite people to work with. His ability to find solutions to any problem, combined with his consistently positive attitude, continues to inspire me.

Bing Shen is a person of strong character with deeply rooted ethical values. I hope this letter provides meaningful insight into who he is and assists you as you consider his situation.

Please feel free to contact me if you require any additional information.

**Sincerely,**



Ivan Arguello
Director, KHAITE
Email: Ivan.Arguello@khaite.com
Phone: 917-547-7982

To Whom It May Concern,

My name is Yi Weng (Queenie), and it is my distinct pleasure to write this letter of recommendation for my long-time friend, Bing Shen.

I have known Bing for over 10 years, and throughout a decade of friendship, I have had the opportunity to witness his character across many different situations. Based on my personal experience, Bing is a person of exceptional integrity and warmth.

He is consistently kind-hearted, altruistic, and always the first to offer a helping hand whenever someone is in need. Whether it involves providing support during a difficult time or simply being a dependable presence in our community, his willingness to help others is truly selfless. To put it simply, he is a genuinely good person with a strong moral compass.

Please feel free to contact me if you require any further information.

Sincerely,

Yi Weng (Queenie)

917-285-5110

March 17, 2026

yi weng

Date: March 17, 2026

To Whom It May Concern,

I am writing this letter in support of Bing Shen. I worked with him as a coworker and got to know him well during that time.

Bing is a kind, respectful, and friendly person. He treats everyone around him with consideration and gets along well with all coworkers. He brings a calm and positive presence to the workplace, and people feel comfortable working with him.

From my experience, he is someone who shows good character in how he interacts with others every day. I believe he is a good person, and I hope this letter helps provide a clearer picture of who he is.

Please feel free to contact me if more information is needed.

Sincerely,

Irene Brossar

Date: March 17, 2026

To Whom It May Concern,

I am writing this letter in support of Bing Shen, whom I have worked with as a freelancer since 2018.

Over the years, I have come to know Bing as a hardworking, dependable, and responsible individual. He consistently showed dedication to his work and took his responsibilities seriously. I was able to rely on him to complete tasks with care and persistence.

In addition to his strong work ethic, Bing is a kind and friendly person. He works well with others, communicates respectfully, and contributes positively to a team environment. In my experience, he has always conducted himself in a thoughtful and cooperative manner.

Based on my personal and professional experience with him over several years, I believe Bing Shen is a person of good character. I hope this letter provides helpful context as you consider his situation.

Please feel free to contact me if any further information is needed.

Sincerely,

Fiona Fang
Assistant Business Manager
Email: Fiona.Fang@chanel.com
Phone: 516-578-0750

To Whom It May Concern,

My name is Ivy Li, and I am pleased to write this letter of recommendation for my long-time friend, Bing Shen.

I have known Bing for over 15 years, and during this time, I have had the opportunity to observe his character in many different situations. He is helpful, enthusiastic, and always ready to support others whenever needed.

As a salesperson, I have continuously had sales goals to meet, and Bing has consistently referred customers to me, which has been immensely valuable. I have also hired him as a freelancer before, and he proved to be hard-working and dependable. He is well-liked by many and builds strong relationships wherever he goes.

Whether providing support during tough times or simply being a reliable presence in our community, he has a kind heart and a genuine willingness to help others. He is cheerful and honest.

Please feel free to contact me if you need any further information.

Sincerely,

Ivy Li 6/1/26